| Date | | Entry |
|---|---|---|
| 1/27/70 | | Filed ORDER TO SHOW CAUSE AND NOTICE OF HEARING for 2/27 in New York Copies sent certified mail (return receipt requested) to all counsel and copies to involved judges. |
| 2/6/70 | 1 | Filed RESPONSE & BRIEF OF DEF. EDMUND SCIENTIFIC CO. & NORMAN W. EDMUND (N.J., No. 473-69) suggested Maryland as possible transferee district. |
| 2/11/70 | 2 | Filed RESPONSE AND BRIEF OF DEF. JERI, INC. & JEWELARAMA, INC. (Nos. 18492 and 18493, Md.) AND W. T. GRANT COMPANY (C 69 571) AND F. W. WOOLWORTH COMPANY (No. C69 574) In Ohio, N. |
| 2/12/70 | 3 | Brief of Def. HIGBEE CO. re: Order to Show Cause. |
| 2/12/70 | 4 | Response of def. The Diffraction Co., Inc. (Md., No. 20693) to SCO. |
| 2/16/70 | 5 | Response of Pl. Kaehni supporting consolidation in Ohio, N. |
| 2/18/70 | 6 | Brief of Def. S. S. Kresge Co. (opposed to transfer). |
| (*) 3/31/70 | | Filed OPINION AND ORDER transferring action to the District of Maryland, and assigning them to Edward S. Northrop. (1 action from N.J., 4 actions from Ohio, N.) |
| (*) 3/31/70 | | Filed CONSENT OF TRANSFEREE COURT FOR consolidation tin District of Maryland and assignment to Judge Edward S. Northrop. |
| 4/10/70 | | Filed CONCURRING OPINION of Judge Weigel to 3/31/70 opinion (per curiam) of Panel. Sent to all recipients of 3/31/70 order. |

*Maryland*
*J. Northrop*

(OPINION & ORDER FILED 3/31/70
311 F. Supp. 1342 (1970)

DOCKET NO. 36

*all closed*

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT PATENT LITIGATION INVOLVING KAEHNI ~~~~ PATENT

*X TO MD & ASSIGNED TO J. NORTHROP - 3/31/70*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1✱ | Frank J. Kaehni & Marie Kaehni v. Edmund Scientific Co. & Norman W. Edmund ✱ | New Jersey 473-69 | Cohen | ✱ | 70-381-N |
| A-2 | Frank J. Kaehni & Marie Kaehni v. Jewelarama, Inc. | Maryland 20691 | Northrop | NT | |
| A-3 | Frank J. Kaehni & Marie Kaehni v. Jeri, Inc. | Maryland 20692 | Northrop | NT | |
| A-4 | Frank J. Kaehni & Marie Kaehni v. Diffraction Company *dism 6/6/72* | Maryland 20693 | Northrop | NT | → |
| A-5✱ | Frank J. Kaehni & Marie Kaehni v. The May Company ✱ | Ohio, N. C69 570 | | ✱ | 70-382-N |
| A-6✱ | Frank J. Kaehni & Marie Kaehni v. W. T. Grant Company ✱ | Ohio, N. C69 571 | | ✱ | 70-383-N |
| A-7✱ | Frank J. Kaehni & Marie Kaehni v. The Higbee Company ✱ | Ohio, N. C69 572 | | ✱ | 70-384-N |
| A-8✱ | Frank J. Kaehni & Marie Kaehni v. S. S. Kresge Company ✱ | Ohio, N. C69 573 | | ✱~~SEPARATE~~ | 70-385-N |
| A-9✱ | Frank J. Kaehni & Marie Kaehni v. F. W. Woolworth Co ✱ | Ohio, N. C69 574 | | ✱ | 70-386-N |

*By letter dated April 18, 1970, Transferee Clerk advised all "Cases Are Closed". An appeal on Case #20693 (A-4) is pending in the Fourth Circuit.*

✱✱ Transferred to D. Md. by order of Judge Northrop under 28 U.S.C. §1404(a) -- 6/26/72

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT PATENT LITIGATION INVOLVING KAEHNI ▪▪▪▪▪ PATENT

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Martin Margolit, Esquire<br>428 Market Street<br>Camden, New Jersey  08102<br><br>Edward I. Stillman, Esquire<br>1610 Euclid Avenue<br>Cleveland, Ohio | Finnegan & Barth<br>114 N. 7th Street<br>Camden, New Jersey  08102<br>George A. Smith, Esquire<br>Smith, Harding, Earley & Follmer<br>2100 Girard Trust Building<br>Broad & South Penn Square<br>Philadelphia, Pennsylvania  19102 |
| A-2 | Philip D. Hale, Esquire<br>2 Riverview Road<br>Severna Park<br>Annapolis, Maryland<br><br>Also Edward I. Stillman (Listed A-1) | Leonard A. Orman, Esquire<br>Suite 3401<br>222 St. Paul Street<br>Baltimore, Maryland  21202 |
| A-3 | Same as A-2 above   (Hale & Stillman) | Same as A-2 above |
| A-4 | Same as A-2 above   (Stillman) | John F. McClellan, Esquire<br>2420 York Road<br>Timonium, Maryland 21093 |
| A-5 | Edward I Stillman, Esq. (Listed A-1) | Robert L. Gray, Esquire<br>National City<br>E. 6th Building<br>Cleveland, Ohio 44114 |
| A-6 | Same as A-2 above (Stillman) | Same as A-2 above (Orman) |
| A-7 | Same as A-2 above (Stillman) | H. D. Cooper, Esquire<br>Meyer, Tilberry & Body<br>2000 Terminal Tower<br>Cleveland, Ohio 44113<br><br>Allan J. Zambie<br>The Higbee Co.<br>Public Square<br>Cleveland, Ohio  44113 |
| A-8 | Same as A-2 above (Stillman) | Robert L. Baker, Esquire<br>The Illuminating Building<br>Cleveland, Ohio 44113 |
| A-9 | Same as A-2 above (Stillman) | Same as A-2 above (Orman) |

(*) over

| No. | Plaintiff | Defendant |
|---|---|---|
| | | (*Richard E. Alexander, Esquire<br>Alexander and Speckman<br>33 North Dearborn Street<br>Chicago, Illinois   60602 |
| No. | Plaintiff | Defendant |
| | | (*Richard E. Alexander, Esquire |